**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> Cheryl Ann Taylor <br> & <br> Aaron D, Taylor <br>       **Debtor(s)** | BK NO. 18-04117 RNO <br><br> Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                                 Respectfully submitted,

                                 **/s/ James C. Warmbrodt, Esquire**
                                 James C. Warmbrodt, Esquire
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA  19106
                                 215-627-1322