United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 18-04117-RNO
Aaron D Taylor                                                      Chapter 13
Cheryl Ann Taylor
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 2        Date Rcvd: Nov 06, 2018
                           Form ID: ntnew341       Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
```
db/jdb    +Aaron D Taylor,   Cheryl Ann Taylor,   10277 Fish and Game Rd,   Waynesboro, PA 17268-8820
5114065   +1ST ED CREDIT UNION,   1156 Kennebec,   Chambersburg, PA 17201-2809
5114067   +BARCLAYS BANK DELAWARE,   100 West St,   Wilmington, Delaware 19801-5015
5127005   +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5114080   +Bureau of Employer Tax Operations,   PO Box 68568,   Harrisburg, PA 17106-8568
5114072   +CORNING CREDIT UNION,   800 Norland Ave,   Chambersburg, PA 17201-4217
5114079   +Capital Women's Care LLC,   PO Box 791208,   Baktimore, MD 21279-1208
5114078    Diagnostic Imaging Serv LLC,   10715 Downsville Pike STE 103,   Hagerstown, MD  21740-7240
5114077   +John G. Newby, MD,   P.O. Box 43130,   Baltimore, MD 21236-0130
5114073    NAVIENT,   P.O. Box 740351,   Atlanta, Georgia 30374-0351
5128191    Navient Solutions, LLC on behalf of,   Texas Guaranteed Student Loan Corporatio,
           DBA Trellis Company,   PO BOX 83100,   Round Rock, TX 78683-3100
5114082   +Office of Attorney General,   Financial Enforcement,   Section, Stra,
           Harrisburg, PA 17120-0001
5114076   +Summit Physician Services,   785 5th Avenue, Suite 3,   Chambersburg, PA 17201-4232
5114075    TBOM/MILESTONE,   PO Box 84059,   Columbus, GA 31908-4059
5114083   +U.S. Department of Justice,   PO Box 227, Ben Franklin Station,   Washington, DC 20044-0227
5114085    United States Attorney,   PO Box 11754,   Harrisburg, PA 17108-1754
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5114066   +E-mail/Text: bankruptcy@rentacenter.com Nov 06 2018 19:33:56   ACCEPTANCE NOW,
           5501 Headquarters Dr.,   Plano, Texas 75024-5837
5114069   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2018 19:33:46
           BAYVIEW FINANCIAL LOAN,   1301 Virginia Dr.,   Fort Washington, PA 19034-3243
5114070    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2018 19:40:45   CAP ONE,
           PO BOX 85015,   RICHMOND, Virginia 23285-5075
5114081    E-mail/Text: cio.bncmail@irs.gov Nov 06 2018 19:33:16   Internal Revenue Service,
           PO Box 7346,   Philadelphia, PA 19101-7346
5126647    E-mail/PDF: cbp@onemainfinancial.com Nov 06 2018 19:40:44   ONEMAIN,   PO BOX 3251,
           EVANSVILLE, IN. 47731-3251
5114074   +E-mail/PDF: cbp@onemainfinancial.com Nov 06 2018 19:40:14   ONEMAIN,   886 Gordon Nagle Trail,
           Pottsville, Pennsylvania 17901-4203
5114084    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2018 19:33:26   PA Department of Revenue,
           Department 280946, Attn:Bankruptcy,   Harrisburg, PA 17128-0946
5114684   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 19:39:52
           PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTAL: 8
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5114068*  +BARCLAYS BANK DELAWARE,   100 West St,   Wilmington, Delaware 19801-5015
5114071*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
           (address filed with court: CAP ONE,   PO BOX 85015,   RICHMOND, Virginia 23285-5075)
                                                                      TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 2 Cheryl Ann Taylor jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              John Matthew Hyams    on behalf of Debtor 1 Aaron D Taylor jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,eah@johnhyamslaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aaron D Taylor,

     **Debtor 1**

Cheryl Ann Taylor,

     **Debtor 2**

Chapter      13

Case No.      1:18−bk−04117−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 20, 2018<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: November 6, 2018

ntnew341 (04/18)