# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    AARON D TAYLOR
             CHERYL A TAYLOR

             Debtor(s)                   CHAPTER 13

             CHARLES J. DEHART, III
             CHAPTER 13 TRUSTEE
                 Movant               CASE NO: 1-18-04117-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 12, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on September 28, 2018.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

    **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
      AND CALCULATION OF COMMITMENT PERIOD
    - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
    - CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                   Respectfully submitted,
                                   s/ Charles J. DeHart, III
                                 Standing Chapter 13 Trustee
                                 8125 Adams Drive, Suite A
                                 Hummelstown, PA 17036
                                 (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    AARON D TAYLOR               CHAPTER 13
             CHERYL A TAYLOR

                                               CASE NO: 1-18-04117-RNO

## NOTICE

The debtor(s) filed a Chapter 13 Bankruptcy Petition on September 28, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

> **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME**
> **AND CALCULATION OF COMMITMENT PERIOD**
> **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
> **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

|  |  |
|---|---|
| **Date:** | **January 16, 2019** |
| **Time:** | **10:00 AM** |
| **Location:** | **Ronald Reagan Federal Bldg** |
|  | **Bankruptcy Courtroom, 3rd Floor** |
|  | **228 Walnut Street** |
|  | **Harrisburg, PA 17101** |

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **December 26, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: December 12, 2018

IN RE: AARON D TAYLOR
    CHERYL A TAYLOR

           CHAPTER 13

     Debtor(s)

           CASE NO: 1-18-04117-RNO

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on December 12, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

JOHN M HYAMS ESQUIRE     Served electronically
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA  17102-

United States Trustee
228 Walnut Street       Served electronically
Suite 1190
Harrisburg, PA  17101

AARON D TAYLOR
CHERYL A TAYLOR       Served by 1ST class mail
10277 FISH AND GAME RD
WAYNESBORO, PA  17268

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 12, 2018     Vickie Williams
            for Charles J. DeHart, III, Trustee
            Suite A, 8125 Adams Dr.
            Hummelstown, PA  17036
            Phone:  (717) 566-6097
            Fax:  (717) 566-8313
            eMail: dehartstaff@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    AARON D TAYLOR
CHERYL A TAYLOR

        Debtor(s)           CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant
                                 CASE NO: 1-18-04117-RNO

vs.

AARON D TAYLOR
CHERYL A TAYLOR                MOTION TO DISMISS

        Respondent(s)

## ORDER DISMISSING CASE

        Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.