UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   AARON D TAYLOR
         CHERYL A TAYLOR

                Debtor(s)                          CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant

vs.

         AARON D TAYLOR                            CASE NO: 1-18-04117-RNO
         CHERYL A TAYLOR

                Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on December 12, 2018 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

RESPECTFULLY SUBMITTED,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: December 12, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: AARON D TAYLOR
CHERYL A TAYLOR

                Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
                Movant

AARON D TAYLOR
CHERYL A TAYLOR

                Respondent(s)

CHAPTER 13

CASE NO: 1-18-04117-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on December 12, 2018.

JOHN M HYAMS ESQUIRE
2023 N 2ND STREET, SUITE 203
HARRISBURG, PA 17102-

AARON D TAYLOR
CHERYL A TAYLOR
10277 FISH AND GAME RD
WAYNESBORO, PA 17268

RESPECTFULLY SUBMITTED,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: December 12, 2018