## Employee Pay Stub

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA 17268

| Employee Name | | | | | | Employee ID | Check Date | D0103608 |
|---|---|---|---|---|---|---|---|---|
| TAYLOR, AARON D | | | | | | 24 | 06/27/2018 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 1.00 | Married | 3 | 3,516.25 | 256.00 | 3,772.25 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,772.25 | 293.32 | 233.88 | 54.70 | 115.81 | 2.26 |
| YTD | 49,455.54 | 3,961.60 | 3,068.82 | 717.73 | 1,518.30 | 29.63 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,749.64 | 37.72 | 282.92 | 0.00 | 2.00 | 0.00 |
| YTD | | 494.52 | 3,709.16 | 0.00 | 26.00 | -1,596.50 |

| Direct Deposit Information | 1ST ED CREDIT UNION | Checking | 2,749.64 |
|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 06/17/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance | Unit |
| DV | 0.00 | -1,596.50 | 1.00 | 0.00 | | 256.00 | Supplemental | SICK | 1,300.000 | Hours |
| | | | | | | | | VACATION | 16.000 | Days |

<span>
</span>

Case 1:18-bk-04117-RNO    Doc 25    Filed 12/12/18    Entered 12/12/18 12:57:21    Desc
Main Document    Page 1 of 5

Employee Pay Stub

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA 17268

| Employee Name | | | | | | | Employee ID | Check Date | D0104020 |
|---|---|---|---|---|---|---|---|---|---|
| TAYLOR, AARON D | | | | | | | 24 | 07/11/2018 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross | |
| 0.00 | 0.00 | 0.00 | 2.00 | Married | 3 | 3,516.27 | 256.00 | 3,772.27 | |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,772.27 | 290.33 | 232.76 | 54.44 | 115.04 | 2.26 |
| YTD | 53,227.81 | 4,251.93 | 3,301.58 | 772.17 | 1,633.34 | 31.89 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,730.05 | 37.47 | 282.92 | 0.00 | 2.00 | 25.00 |
| YTD | | 531.99 | 3,992.08 | 0.00 | 28.00 | -1,571.50 |

| Direct Deposit Information | 1ST ED CREDIT UNION | Checking | 2,730.05 |
|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 07/01/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance | Unit |
| DV | 0.00 | -1,596.50 | 1.00 | 0.00 | | 256.00 | Supplemental | SICK | 1,380.000 | Hours |
| FLEX | 25.00 | 25.00 * | 1.00 | 0.00 | | 7.00 | Group Term Life | VACATION | 11.750 | Days |

# Employee Pay Stub

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA 17268

| Employee Name | | | | | | Employee ID | Check Date | D0104422 |
|---|---|---|---|---|---|---|---|---|
| TAYLOR, AARON D | | | | | | 24 | 07/25/2018 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
| 0.00 | 0.00 | 0.00 | 1.00 | Married | 3 | 3,516.27 | 256.00 | 3,772.27 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,772.27 | 290.33 | 232.33 | 54.34 | 115.04 | 2.26 |
| YTD | 57,000.08 | 4,542.26 | 3,533.91 | 826.51 | 1,748.38 | 34.15 |
| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
| Pay | 3,229.78 | 37.47 | 282.92 | 0.00 | 2.00 | -474.20 |
| YTD | | 569.46 | 4,275.00 | 0.00 | 30.00 | -2,045.70 |

| Direct Deposit Information | 1ST ED CREDIT UNION | Checking | 3,229.78 |
|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 07/15/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance | Unit |
| DV | -499.20 | -2,095.70 | 1.00 | 0.00 | | 256.00 | Supplemental | SICK | 1,380.000 | Hours |
| FLEX | 25.00 | 50.00 | | | | | | VACATION | 11.250 | Days |

Case 1:18-bk-04117-RNO    Doc 25    Filed 12/12/18    Entered 12/12/18 12:57:21    Desc
Main Document     Page 3 of 5

## Employee Pay Stub

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA 17268

| Employee Name | | | | | | Employee ID | Check Date | D0104815 |
|---|---|---|---|---|---|---|---|---|
| TAYLOR, AARON D | | | | | | 24 | 08/08/2018 | |

| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 2.00 | Married | 3 | 3,516.27 | 256.00 | 3,772.27 |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,772.27 | 290.33 | 232.76 | 54.44 | 115.04 | 2.26 |
| YTD | 60,772.35 | 4,832.59 | 3,766.67 | 880.95 | 1,863.42 | 36.41 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,730.05 | 37.47 | 282.92 | 0.00 | 2.00 | 25.00 |
| YTD | | 606.93 | 4,557.92 | 0.00 | 32.00 | -2,020.70 |

| Direct Deposit Information | 1ST ED CREDIT UNION | Checking | 2,730.05 |
|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 07/29/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance | Unit |
| DV | 0.00 | -2,095.70 | 1.00 | 0.00 | | 256.00 | Supplemental | SICK | 1,380.000 | Hours |
| FLEX | 25.00 | 75.00 * | 1.00 | 0.00 | | 7.00 | Group Term Life | VACATION | 6.250 | Days |

Employee Pay Stub

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA 17268

| Employee Name | | | | | | | Employee ID | Check Date | D0105247 |
|---|---|---|---|---|---|---|---|---|---|
| TAYLOR, AARON D | | | | | | | 24 | 08/22/2018 | |
| Reg Hrs | OT Hrs | Days | Other | Marital | Exempts | Tot Salary | Tot Hourly | Total Gross | |
| 0.00 | 0.00 | 0.00 | 1.00 | Married | 3 | 3,516.27 | 256.00 | 3,772.27 | |

| | Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unemp Tax |
|---|---|---|---|---|---|---|
| Pay | 3,772.27 | 290.33 | 232.33 | 54.34 | 115.04 | 2.26 |
| YTD | 64,544.62 | 5,122.92 | 3,999.00 | 935.29 | 1,978.46 | 38.67 |

| | Net Pay | Local Tax | Retirement | Advanced EIC | LST | Deductions |
|---|---|---|---|---|---|---|
| Pay | 2,730.58 | 37.47 | 282.92 | 0.00 | 2.00 | 25.00 |
| YTD | | 644.40 | 4,840.84 | 0.00 | 34.00 | -1,995.70 |

| Direct Deposit Information | 1ST ED CREDIT UNION | Checking | 2,730.58 |
|---|---|---|---|

| Voluntary Deductions | | | Wage Detail | | | | | Abs Bal as of 08/12/2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pay | YTD | Reg | OT | Fctr | Rate | Type | Type | Balance | Unit |
| DV | 0.00 | -2,095.70 | 1.00 | 0.00 | | 256.00 | Supplemental | SICK | 1,380.000 | Hours |
| FLEX | 25.00 | 100.00 | | | | | | VACATION | -0.250 | Days |

Case 1:18-bk-04117-RNO    Doc 25    Filed 12/12/18    Entered 12/12/18 12:57:21    Desc
Main Document      Page 5 of 5