

Waynesboro Area School Dist ~ 210 Clayton Avenue ~ Waynesboro, PA

| Employee Name | | | | | | | Check Date |
|---|---|---|---|---|---|---|---|
| TAYLOR, CHERYL A | | | | | | | 09/05/2018 |

| T Hrs | Days | Other | Marital | Exempts | | Tot Salary | Tot Hourly | Total |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | Married | 0 | | 0.00 | 295.31 | |

| Gross Pay | Federal Tax | Soc Sec Tax | Medicare Tax | State Tax | Unem |
|---|---|---|---|---|---|
| 295.31 | 0.00 | 18.31 | 4.28 | 9.07 | |
| 295.31 | 0.00 | 18.31 | 4.28 | 9.07 | |

| Net Pay | Local Tax | Retirement | Advanced EIC | OPT/LST | Ded |
|---|---|---|---|---|---|
| 236.37 | 2.95 | 22.15 | 0.00 | 2.00 | |
| | 2.95 | 22.15 | 0.00 | 2.00 | |

Deposit Information — PATRIOT FEDERAL CREDIT UNION — Checking — 0.00

Deductions

Fctr — Rate Type — 11.25 HOUR