```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                              Case No. 18-04117-RNO
Aaron D Taylor                                      Chapter 13
Cheryl Ann Taylor
        Debtors
```

## CERTIFICATE OF NOTICE

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db/jdb        +Aaron D Taylor,   Cheryl Ann Taylor,   10277 Fish and Game Rd,   Waynesboro, PA 17268-8820
5114065       +1ST ED CREDIT UNION,   1156 Kennebec,   Chambersburg, PA 17201-2809
5114067       +BARCLAYS BANK DELAWARE,   100 West St,   Wilmington, Delaware 19801-5015
5127005       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5114080       +Bureau of Employer Tax Operations,   PO Box 68568,   Harrisburg, PA 17106-8568
5114072       +CORNING CREDIT UNION,   800 Norland Ave,   Chambersburg, PA 17201-4217
5114079       +Capital Women's Care LLC,   PO Box 791208,   Baktimore, MD 21279-1208
5114078        Diagnostic Imaging Serv LLC,   12015 Downsville Pike STE 103,   Hagerstown, MD  21740-7240
5114077       +John G. Newby, MD,   P.O. Box 43130,   Baltimore, MD 21236-0130
5114073        NAVIENT,   P.O. Box 740351,   Atlanta, Georgia 30374-0351
5128191        Navient Solutions, LLC on behalf of,   Texas Guaranteed Student Loan Corporatio,
                DBA Trellis Company,   PO BOX 83100,   Round Rock, TX 78683-3100
5114082       +Office of Attorney General,   Financial Enforcement,   Section, Stra,
                Harrisburg, PA 17120-0001
5114076       +Summit Physician Services,   785 5th Avenue, Suite 3,   Chambersburg, PA 17201-4232
5114075        TBOM/MILESTONE,   PO Box 84059,   Columbus, GA 31908-4059
5114083       +U.S. Department of Justice,   PO Box 227, Ben Franklin Station,   Washington, DC 20044-0227
5114085        United States Attorney,   PO Box 11754,   Harrisburg, PA 17108-1754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5114066       +E-mail/Text: bankruptcy@rentacenter.com Dec 12 2018 19:18:57     ACCEPTANCE NOW,
                5501 Headquarters Dr.,   Plano, Texas 75024-5837
5114069       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 12 2018 19:18:51
                BAYVIEW FINANCIAL LOAN,   1301 Virginia Dr.,   Fort Washington, PA 19034-3243
5138619       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 12 2018 19:18:51
                Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL 33146-1837
5114070        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 19:19:16    CAP ONE,
                PO BOX 85015,   RICHMOND, Virginia 23285-5075
5136463        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 19:19:27
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
5114081        E-mail/Text: cio.bncmail@irs.gov Dec 12 2018 19:18:31     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
5131848       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 12 2018 19:18:44     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
5126647        E-mail/PDF: cbp@onemainfinancial.com Dec 12 2018 19:19:35     ONEMAIN,   PO BOX 3251,
                EVANSVILLE, IN  47731-3251
5114074       +E-mail/PDF: cbp@onemainfinancial.com Dec 12 2018 19:19:15     ONEMAIN,   886 Gordon Nagle Trail,
                Pottsville, Pennsylvania 17901-4203
5114084        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2018 19:18:40     PA Department of Revenue,
                Department 280946, Attn:Bankruptcy,   Harrisburg, PA 17128-0946
5136672        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 19:19:37
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5114684       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 12 2018 19:19:29
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5134252        E-mail/Text: bnc-quantum@quantum3group.com Dec 12 2018 19:18:38
                Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
5136466        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 12 2018 19:31:02     Verizon,
                by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                         TOTAL: 14


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5114068*      +BARCLAYS BANK DELAWARE,   100 West St,   Wilmington, Delaware 19801-5015
5114071*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: CAP ONE,   PO BOX 85015,   RICHMOND, Virginia 23285-5075)
                                                                         TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:

Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
John Matthew Hyams    on behalf of Debtor 2 Cheryl Ann Taylor jmh@johnhyamslaw.com, acb@johnhyamslaw.com,eah@johnhyamslaw.com
John Matthew Hyams    on behalf of Debtor 1 Aaron D Taylor jmh@johnhyamslaw.com, acb@johnhyamslaw.com,eah@johnhyamslaw.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Aaron D Taylor,

**Debtor 1**

Cheryl Ann Taylor,

**Debtor 2**

Chapter          13

Case No.          1:18–bk–04117–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: January 24, 2019<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 12, 2018 |

ntnew341 (04/18)