```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04117-HWV
Aaron D Taylor                                                  Chapter 13
Cheryl Ann Taylor
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AutoDocke          Page 1 of 1           Date Rcvd: Mar 09, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5138619        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 09 2020 19:35:50
                 Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:
              Chandra Marie Arkema    on behalf of Creditor   J.P. Morgan Mortgage Acquisition Corp.
               carkema@squirelaw.com, tuhawkeye@msn.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Janet M. Spears    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com
              John Matthew Hyams    on behalf of Debtor 2 Cheryl Ann Taylor jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              John Matthew Hyams    on behalf of Debtor 1 Aaron D Taylor jmh@johnhyamslaw.com,
               acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com
              Peter E Meltzer    on behalf of Creditor   OneMain Financial Group bankruptcy@wglaw.com,
               ibernatski@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-04117-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Aaron D Taylor
10277 Fish and Game Rd
Waynesboro PA 17268

Cheryl Ann Taylor
10277 Fish and Game Rd
Waynesboro PA 17268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/06/2020.

Name and Address of Alleged Transferor(s):

Claim No. 14: Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146

Name and Address of Transferee:

J.P. Morgan Mortgage Acquisition Corp.
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/11/20

Terrence S. Miller
**CLERK OF THE COURT**