United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Aaron D Taylor  
Cheryl Ann Taylor  
    Debtor(s)

Case No. 18-04117-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Dec 02, 2020     Form ID: ntpasnh     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron D Taylor, Cheryl Ann Taylor, 10277 Fish and Game Rd, Waynesboro, PA 17268-8820 |
| 5114065 | + | 1ST ED CREDIT UNION, 1156 Kennebec, Chambersburg, PA 17201-2809 |
| 5114067 | + | BARCLAYS BANK DELAWARE, 100 West St, Wilmington, Delaware 19801-5015 |
| 5127005 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5114072 | + | CORNING CREDIT UNION, 800 Norland Ave, Chambersburg, PA 17201-4217 |
| 5114079 | + | Capital Women's Care LLC, PO Box 791208, Baktimore, MD 21279-1208 |
| 5114078 | | Diagnostic Imaging Serv LLC, 10715 Downsville Pike STE 103, Hagerstown, MD 21740-7240 |
| 5301329 | + | J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5114077 | + | John G. Newby, MD, P.O. Box 43130, Baltimore, MD 21236-0130 |
| 5114073 | | NAVIENT, P.O. Box 740351, Atlanta, Georgia 30374-0351 |
| 5128191 | | Navient Solutions, LLC on behalf of, Texas Guaranteed Student Loan Corporatio, DBA Trellis Company, PO BOX 83100, Round Rock, TX 78683-3100 |
| 5114082 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5114076 | + | Summit Physician Services, 785 5th Avenue, Suite 3, Chambersburg, PA 17201-4232 |
| 5114075 | | TBOM/MILESTONE, PO Box 84059, Columbus, GA 31908-4059 |
| 5114083 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5114085 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5114066 | + | Email/Text: bankruptcy@rentacenter.com | Dec 02 2020 19:31:00 | ACCEPTANCE NOW, 5501 Headquarters Dr., Plano, Texas 75024-5837 |
| 5114069 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 02 2020 19:30:00 | BAYVIEW FINANCIAL LOAN, 1301 Virginia Dr., Fort Washington, PA 19034-3243 |
| 5138619 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 02 2020 19:30:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 5114070 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 19:44:07 | CAP ONE, PO BOX 85015, RICHMOND, Virginia 23285-5075 |
| 5136463 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 02 2020 19:44:01 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5114080 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 02 2020 19:30:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5114081 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2020 19:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5131848 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2020 19:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5114074 | + | Email/PDF: cbp@onemainfinancial.com | Dec 02 2020 19:47:32 | ONEMAIN, 886 Gordon Nagle Trail, Pottsville, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Pennsylvania 17901-4203 |
| 5126647 | | Email/PDF: cbp@onemainfinancial.com | Dec 02 2020 19:39:53 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5114084 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 02 2020 19:30:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5136672 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 19:47:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5114684 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 19:47:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5134252 | | Email/Text: bnc-quantum@quantum3group.com | Dec 02 2020 19:30:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5136466 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 02 2020 19:44:52 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5114068 | *+ | BARCLAYS BANK DELAWARE, 100 West St, Wilmington, Delaware 19801-5015 |
| 5114071 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAP ONE, PO BOX 85015, RICHMOND, Virginia 23285-5075 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Dec 04, 2020 | Signature: | /s/Joseph Speetjens |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chandra Marie Arkema | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. carkema@squirelaw.com tuhawkeye@msn.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| John Matthew Hyams | |

|  |  |
|---|---|
|  | on behalf of Debtor 2 Cheryl Ann Taylor jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Aaron D Taylor jmh@johnhyamslaw.com<br>acb@johnhyamslaw.com,kef@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group bankruptcy@wglaw.com  ibernatski@wglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

| In re: | |
|---|---|
| Aaron D Taylor<br>**Debtor 1**<br><br>Cheryl Ann Taylor<br>**Debtor 2**<br><br><br>J.P. Morgan Mortgage Acquisition Corp.<br>**Movant(s)**<br><br>vs.<br><br>Aaron D Taylor and Cheryl Ann Taylor<br>and<br>Charles J. DeHart, III, Esquire (Trustee),<br>**Respondent(s)** | Chapter: 13<br><br>Case number: 1:18−bk−04117−HWV<br><br>Document Number: 56<br><br>Matter: Motion for Mortgage Modification |

**Notice**

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **December 23, 2020**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 2, 2020 |

ntpasnh(05/18)