# UNITED STATES BANKRUPTCY COURT
## Middle District of Pennsylvania (Harrisburg)

IN RE:            Case No:    18-04117

Loan Number (Last 4):    0568

Debtors: Aaron D Taylor and Cheryl Ann Taylor

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| OSAT 2021-RPL1 | J.P. Morgan Mortgage Acquisition Corp. |
| Serviced by Select Portfolio Servicing, Inc. | Rushmore Loan Management Services |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

     PO Box 65250
     Salt Lake City, UT 84165

Court Claim # (if known):    14
Amount of Claim:    $369,098.93
Date Claim Filed:    12/06/2018
Last Four Digits of Acct #:    0694

Phone:    1-800-258-8602
Last Four Digits of Acct #:    0568

Name and Address where transferee payments should be sent (if different from above):

     Select Portfolio Servicing, Inc.
     Attn: Remittance Processing
     PO Box 65450
     Salt Lake City, UT 84165-0450

Phone:    1-800-258-8602
Last Four Digits of Acct #:    0568

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley            Date:    08/26/2021
     InfoEx, LLC, as authorized filing agent
     (Approved by: Dilan Foutz)

Specific Contact Information:

Dilan Foutz - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 1:18-bk-04117-HWV    Doc 64    Filed 08/26/21    Entered 08/26/21 16:01:13    Desc
494332-33a3cafa-ff14-4a22-a8b2-9d16c70806c7-
Main Document      Page 1 of 1