# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 8/27/2021
Case: 1:18−bk−04117−HWV  Form ID: trc  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5301329  J.P. Morgan Mortgage Acquisition Corp.  Rushmore Loan Management Services  P.O. Box 55004  Irvine, CA 92619

TOTAL: 1