United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 18-04117-HWV

Aaron D Taylor                             Chapter 13

Cheryl Ann Taylor

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                    Page 1 of 2

Date Rcvd: Aug 27, 2021                   Form ID: trc                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

**Recip ID              Recipient Name and Address**
5301329             + J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                                 Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| Chandra Marie Arkema | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. carkema@squirelaw.com tuhawkeye@msn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bkecfinbox@aldridgepite.com, JSpears@ecf.courtdrive.com |
| John Matthew Hyams | on behalf of Debtor 2 Cheryl Ann Taylor jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |

| | |
|---|---|
| John Matthew Hyams | on behalf of Debtor 1 Aaron D Taylor jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Peter E Meltzer | on behalf of Creditor OneMain Financial Group bankruptcy@wglaw.com ibernatski@wglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-04117-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Aaron D Taylor
10277 Fish and Game Rd
Waynesboro PA 17268

Cheryl Ann Taylor
10277 Fish and Game Rd
Waynesboro PA 17268

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/26/2021.

Name and Address of Alleged Transferor(s):

Claim No. 14: J.P. Morgan Mortgage Acquisition Corp., Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619

Name and Address of Transferee:

OSAT 2021-RPL1
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
OSAT 2021-RPL1
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/29/21

Terrence S. Miller
**CLERK OF THE COURT**