# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aaron D. Taylor<br>      Cheryl Ann Taylor<br>               Debtor(s) | BK NO. 18-04117 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of OSAT 2021-RPL1 and index same on the master mailing list.

                                                 Respectfully submitted,

                                        /s/ *Rebecca Solarz*
                                        Rebecca Solarz
                                        27 Sep 2021, 11:39:17, EDT

                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322