Certificate Number: 06531-PAM-DE-037517238

Bankruptcy Case Number: 18-04117



06531-PAM-DE-037517238

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2023, at 10:26 o'clock AM CDT, Aaron D Taylor completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 16, 2023

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor