Certificate Number: 06531-PAM-DE-037517241

Bankruptcy Case Number: 18-04117


06531-PAM-DE-037517241

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on <u>June 16, 2023</u>, at <u>10:26</u> o'clock <u>AM CDT</u>, <u>Cheryl A Taylor</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 16, 2023</u>

By: <u>/s/Sharon Schroeder</u>

Name: <u>Sharon Schroeder</u>

Title: <u>Certified Credit Counselor</u>